EN EL TRIBUNAL SUPREMO DE PUERTO RICO

| In re:<br><br><br>Luis A. Flores Martínez | 2019 TSPR 88<br><br>202 DPR ____ |
|---|---|

Número del Caso:  TS-9,225


Fecha: 8 de mayo de 2019



Abogado de la parte peticionaria:

        Por derecho propio



Materia:  Reinstalación al ejercicio de la abogacía.



Este documento constituye un documento oficial del Tribunal Supremo que está sujeto a los cambios y correcciones del proceso de compilación y publicación oficial de las decisiones del Tribunal. Su distribución electrónica se hace como un servicio público a la comunidad.

EN EL TRIBUNAL SUPREMO DE PUERTO RICO

|                          |           |     |
|--------------------------|-----------|-----|
| *In re*:                 | TS-9,225  |     |
| Luis A. Flores Martínez  |           |     |

RESOLUCIÓN

En San Juan, Puerto Rico, a 8 de mayo de 2019.

Examinada la *Moción* sobre petición de reinstalación que presentó el Sr. Luis A. Flores Martínez, se provee ha lugar. En consecuencia, se le reinstala al ejercicio de la abogacía.

Notifíquese de inmediato.

Lo acordó el Tribunal y certifica el Secretario del Tribunal Supremo. El Juez Asociado señor Colón Pérez no intervino.

José Ignacio Campos Pérez
Secretario del Tribunal Supremo